# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Edward S. Glover,

    Plaintiff(s),

vs.

Greg Clarke, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv351

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/12/2008 Order.

Signed: August 12, 2008

Frank G. Johns, Clerk
United States District Court